UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV S-05-0967 GEB PAN PS

   v.

                               FINDINGS AND RECOMMENDATIONS

UNITED STATES GOVERNMENT,

        Defendant.

—oOo—

    May 16, 2005, plaintiff filed a declaration entitled "Forma Pauperis Application" which states, "I, David Anthony Fallon, hereby state that I have $610.00 in cash and no personal property of any real value." The accompanying complaint seeks "two trillion dollars" from the U.S. Government for "the placement of metal parts in food, not a fast food store, which caused major damage."

    Plaintiff's declaration fails to provide sufficient information for this court to assess whether plaintiff is unable

1 to pay the filing fee without compromising his ability to provide
2 himself and his dependents with the necessities of life.  See 28
3 U.S.C. § 1915(a)(1); Adkins v. E.I. Dupont de Nemours & Co., 335
4 U.S. 331, 339 (1948).  Moreover, plaintiff's complaint fails to
5 state a claim upon which relief may be granted.  See 28 U.S.C. §§
6 1915(e)(2)(B)(ii).
7         Accordingly, I recommend that plaintiff's application to
8 proceed in forma pauperis be denied and the Clerk of Court
9 directed to close this file.
10         I further recommend that plaintiff be cautioned that he
11 may be sanctioned pursuant to Fed. R. Civ. P. 11(b) if he
12 continues to file frivolous complaints.  Plaintiff has filed
13 twenty-two cases in this court since 1996.  This is the second of
14 three cases assigned to this judge within the last two months and
15 none sets forth a cognizable claim.
16         These findings and recommendations are submitted to the
17 Honorable Garland E. Burrell, Jr., the United States District
18 Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written
19 objections may be filed within ten days after being served with
20 these findings and recommendations.  The document should be
21 captioned "Objections to Magistrate Judge's Findings and
22 Recommendations."  The failure to file objections within the
23 ////
24 ////
25 ////
26 ////

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 6, 2005.

                                    <u>/s/ Peter A. Nowinski</u>
                                    PETER A. NOWINSKI
                                    Magistrate Judge