IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        2:05-cv-00967-GEB-PAN-PS

    v.

UNITED STATES GOVERNMENT,        ORDER

        Defendant.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On June 6, 2005, Judge Nowinski recommended that plaintiff's application to proceed in forma pauperis be denied.  The findings and recommendation contained notice that any objections to the findings and recommendation were to be filed within ten days.  No objections to the findings and recommendation have been filed.

1   The court has reviewed the file and finds the findings
2 and recommendation to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5   1.  The Findings and Recommendation filed June 6, 2005,
6 are adopted in full; and
7   2.  The clerk shall close this file.
8 Dated:  September 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge